**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLE FRESH FRUIT COMPANY, | No. C 09-00450 WHA |
| Plaintiff, | |
| v. | **ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE** |
| O. LIPPI & CO., INC., et. al., | |
| Defendant. / | |

On February 2, 2009, plaintiff Dole Fresh Fruit Company filed a complaint under the Perishable Agricultural Commodities Act, 7 U.S.C. 499e, accompanied by motions for a temporary restraining order without notice and a preliminary injunction. The submissions do not establish the need for issuance of a TRO without notice. FRCP 65(b); Civ. L.R. 65-1(b).

Defendant should be given notice of the motion without delay. If the complaint and motion are served on defendant today, defendant may file a **RESPONSE** to the motion by 5:00 on Tuesday, February 3, 2009, and a **HEARING** on the motion will be held Wednesday, February 4, 2009, at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: February 2, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE