IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOLE FRESH FRUIT COMPANY,

    Plaintiff,

v.

O. LIPPI & CO., INC, WALTER MARTIN and KATHLEEN MARTIN,

    Defendants.

_____/

WALTER MARTIN and KATHLEEN MARTIN,

    Counterclaimants,

v.

DOLE FRESH FRUIT COMPANY, a Nevada corporation, and ROES 1 through 50, inclusive,

    Counter-defendants.

_____/

No. C 09-00450 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court **GRANTS** one week's continuance of the case management conference to **MAY 21, 2009, AT 11:00 A.M.** All initial deadlines are extended accordingly.

**IT IS SO ORDERED.**

Dated: May 8, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE