Michael J. McQuaid, Esq. (Bar No. 95871)
  mmcquaid@carr-mcclellan.com
W. George Wailes, Esq. (Bar No. 100435)
  gwailes@carr-mcclellan.com
Jeremy A. Burns, Esq. (Bar No. 239917)
  jburns@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:    (650) 342-7685
Attorneys for Defendants and Counterclaimants
Walter Dennis Martin and Kathleen Martin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLE FRESH FRUIT COMPANY<br>Plaintiff,<br><br>vs.<br><br>O. LIPPI & CO., INC.,<br>WALTER MARTIN AND KATHLEEN MARTIN<br><br>Defendants. | No. CIV 09-0450 WHA<br><br>[~~PROPOSED~~] ORDER |
| WALTER MARTIN AND KATHLEEN MARTIN<br><br>Counterclaimants<br><br>vs.<br><br>DOLE FRESH FRUIT COMPANY, a Nevada Corporation; and<br><br>ROES 1 through 50, inclusive,<br><br>Counterclaim Defendants. | |

Before the Court is a Stipulation for Dismissal between Plaintiff Dole Fresh Fruit Company ("Dole") and Defendants and Counterclaimants Walter Dennis Martin and Kathleen Martin (collectively "the Martins"). The remaining Defendant, O. Lippi and Co., Inc. is in bankruptcy and subject to the automatic bankruptcy stay. *See Ct. Dkt. No. 20*.

After careful consideration of the Stipulation for Dismissal, and the complete records on file in this action, it is the Court's opinion that the Court should dismiss Dole and the Martins claims and counterclaims against each other with prejudice.

Accordingly, it is hereby ORDERED that Dole's claims against the Martins are dismissed with prejudice. It is also ORDERED that the Martins' counterclaims against Dole are dismissed with prejudice. Dole's action against O. Lippi remains stayed.

Dated: May 20, 2009

IT IS SO ORDERED

Judge William Alsup

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE