IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOLE FRESH FRUIT COMPANY,

    Plaintiff,

v.

O. LIPPI & CO., INC,

    Defendant.

No. C 09-00450 WHA

**ORDER RE DEFENDANT'S BANKRUPTCY STATUS**

    This action against defendant O. Lippi & Co., Inc. has been subject to an automatic bankruptcy stay since February 4, 2009. Defendant is ordered to submit an update to the Court regarding the status of its bankruptcy on or before **SEPTEMBER 21, 2009 AT NOON**.

    **IT IS SO ORDERED.**

Dated: September 11, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE